IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Olden Brooker, | ) | C/A No. 3:17-148-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | THIRD AND FINAL AMENDED |
| v. | ) | SCHEDULING ORDER |
| | ) | |
| INVISTA S.à r.l., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following third and final amended schedule is established for this case.

1. Discovery shall be completed no later than **June 15, 2018**. All discovery requests, including subpoenas *duces tecum*, shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 DSC, and have had a telephone conference with Judge Hodges in an attempt to resolve the matter informally.

2. All other motions, except those to complete discovery those nonwaivable motions made pursuant to Fed.R.Civ.P. 12 and those relating to the admissibility of evidence at trial, shall be filed on or before **July 6, 2018**. (Fed.R.Civ.P.16(b)(2)).

3. Mediation pursuant to Local Civil Rules 16.04 – 16.12, shall be completed in this case on or before **August 3, 2018**. See form attached to original scheduling order setting forth mediation requirements. At least **thirty (30) days prior to this mediation deadline**, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of the mediation requirements; (2) discussed the availability of mediation with the party; and (3) discussed the timing of mediation with opposing counsel

IT IS SO ORDERED.

*Shiva V. Hodges*

March 13, 2018  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge