AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Olden Brooker,<br>*Plaintiff*<br>v.<br>INVISTA S.à.r.l<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.     3:17-148-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:   Summary judgment is hereby entered for the above-named defendant.  The plaintiff, Olden Brooker, shall take nothing of the defendant as to his complaint filed pursuant to 42 U.S.C. 2000 and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ Decided by the Honorable Terry L. Wooten, Senior United States District Judge, presiding, accepting the Report and Recommendations set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge which granted the defendant's motion for summary judgment.

Date:     March 29, 2019                                                                                       *CLERK OF COURT*

                                                                                                    s/Karen Boston

                                                                                       *Signature of Clerk or Deputy Clerk*